Jared L. Inouye (Nevada Bar No. 9067)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121
Phone: (801) 438-2000
Fax: (801) 438-2050
jinouye@btjd.com
*Attorneys for KeyBank National Association*

Matthew L. Johnson (Nevada Bar No. 6004)
JOHNSON & GUBLER, P.C.
8831 W. Sahara Ave.
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com
*Designated NV Service Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Amanda Davis, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>American Education Services LLC; KeyCorp Financial, Inc. dba KeyBank<br><br>Defendants. | Case No.:  2:22-cv-01645-JAD-EJY<br><br>STIPULATION AS TO KEYBANK NATIONAL ASSOCIATION RE: TIME TO FILE RESPONSIVE PLEADING |

Plaintiff, Amanda Davis, and KeyBank National Association ("KeyBank N.A."), by and through their undersigned counsel, hereby request court approval of the following stipulation.

Plaintiff filed her Complaint on September 28, 2022. [ECF No. 1].  KeyBank N.A. received service of the Complaint on October 6, 2022. The Complaint identifies "KeyCorp Financial, Inc." as a defendant. The deadline for "KeyCorp Financial, Inc." to file a responsive pleading to Plaintiff's Complaint is October 27, 2022. [ECF No. 5].

1

KeyBank N.A. has informed Plaintiff's counsel that it has no known affiliation with "KeyCorp Financial, Inc." Counsel for Plaintiff has indicated that it requires time to investigate whether the Complaint must be corrected, which may include an amendment to add KeyBank N.A. as a defendant.

WHEREAS, the Plaintiff and KeyBank N.A. hereby stipulate and agree as follows:

1. The October 27, 2022 deadline to file a responsive pleading is inapplicable to KeyBank N.A. and its known affiliates.

2. Plaintiff shall have thirty (30) days to amend the Complaint or otherwise add KeyBank N.A. or any known KeyBank N.A. affiliate as a defendant, and to provide notice of the same to KeyBank N.A.

3. In the event Plaintiff names KeyBank N.A. or any known KeyBank N.A. affiliate as a defendant in this case and provides notice, KeyBank N.A. shall waive service of the summons and, as permitted by Rule 4 of the Federal Rules of Civil Procedure, shall file a responsive pleading within sixty (60) days.

DATED: October 27, 2022

BENNETT TUELLER JOHNSON & DEERE

/s/ Jared Inouye
Jared Inouye
Nevada Bar No. 9067
3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121
Attorneys for KeyBank National Association

FREEDOM LAW FIRM

/s/ George Haines
George Haines, Esq.
Nevada Bar No. 9411
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Attorneys for Plaintiff Amanda Davis

IT IS SO ORDERED:

U.S. MAGISTRATE JUDGE

Dated: October 28, 2022

4870-8213-2537.1                                    -2-