BENNETT TUELLER JOHNSON & DEERE
Jared L. Inouye (Nevada Bar No. 9067)
3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121
Phone: (801) 438-2000
Jinouye@btjd.com

THOMPSON HINE LLP
Jessica Salisbury-Copper (admitted *pro hac vice*)
10050 Innovation Drive, Suite 400
Miamisburg, Ohio 45342
Phone: (937) 443-6854
Jessica.Salisbury-Copper@ThompsonHine.com

Kip Bollin (admitted *pro hac vice*)
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Phone: (216) 566-5500
Kip.Bollin@ThompsonHine.com

Brandon Stein (admitted *pro hac vice*)
20 N Clark Street, Suite 3200
Chicago, IL 60602
Phone: (312) 998-4253
Brandon.Stein@ThompsonHine.com
*Attorneys for Defendant KeyBank N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Amanda Davis, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KeyBank N.A.; and KeyBank Trust d/b/a American Education Services LLC. d/b/a KeyCorp Student Loan Trust,<br><br>Defendants. | Case No.: 2:22-cv-01645-JAD-EJY<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND KEY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT (ECF NO. 31) AND SET BRIEFING SCHEDULE**<br><br>ECF Nos. 31, 35 |

Plaintiff Amanda Davis, Defendant American Education Services LLC ("**AES**") and Defendant KeyBank N.A. ("**Key**"), by and through their undersigned counsel, hereby request court approval of the following stipulation:

On January 3, 2023, Key filed a Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 31). In its motion, Key included argument and authorities supporting its motion to dismiss Plaintiff's claims under the Fair Credit Reporting Act ("**FCRA**").  The next day on January 4, 2023, the Second Circuit entered a decision in *Mader v. Experian Information Solutions, Inc.*, Nos. 20-3073, 21-2171, 2023 U.S. App. LEXIS 79, 2023 WL 27654 (2d Cir. Jan. 4, 2023), which Key asserts is relevant to its pending Motion to Dismiss. While Plaintiff disagrees that *Mader* is relevant and will address it in Plaintiff's opposition to Key's Motion to Dismiss, Plaintiff agrees to the proposed stipulation so Key can amend its Motion to Dismiss and Plaintiff can adequately review and respond to Key's Motion.

WHEREAS, Plaintiff and Key hereby stipulate and agree as follows:

1. Key will be permitted to amend its Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 31) (the "**Amended Motion**") to include arguments related to the analysis in *Mader v. Experian Information Solutions, Inc.*, 2023 U.S. App. LEXIS 79.

2. Key shall file the Amended Motion within three (3) days after the Court enters an order granting this stipulated motion.

3. Once filed, the Amended Motion will amend the Motion to Dismiss (ECF No. 31) and the Amended Motion will become the operative pleading.

4. Plaintiff shall respond to Key's Amended Motion within thirty (30) days after Key files the Amended Motion.

5. Plaintiff shall respond to Key's Motion to Strike Class Allegations (ECF No. 32) (the "***Motion to Strike***") within thirty (30) days after Key files the Amended Motion.

6. Key shall reply to Plaintiff's response to the Amended Motion and Motion to Strike within fourteen (14) days after Plaintiff files its respective responses.

DATED: January 11, 2023

BENNETT TUELLER JOHNSON & DEERE

*/s/ Jared Inouye*
Jared Inouye
Nevada Bar No. 9067
3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121
*Attorneys for KeyBank National Association*

FREEDOM LAW FIRM

*/s/ George Haines*
George Haines, Esq.
Nevada Bar No. 9411
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
*Attorneys for Plaintiff Amanda Davis*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Patrick J. Reilly*
Patrick J. Reilly
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
*Attorneys for AES*

### ORDER

Based on the parties' stipulation [ECF No. 35] and good cause appearing, IT IS SO ORDERED.  The original motion to dismiss [**ECF No. 31] is DENIED** without prejudice to the filing of the amended motion to dismiss as stipulated.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 13, 2023

4870-8213-2537.1                    2