BENNETT TUELLER JOHNSON & DEERE
Jared L. Inouye (Nevada Bar No. 9067)
3165 East Millrock Drive, Suite 500
Salt Lake City, UT 84121
Phone: (801) 438-2000
Jinouye@btjd.com

THOMPSON HINE LLP
Jessica Salisbury-Copper (admitted *pro hac vice*)
10050 Innovation Drive, Suite 400
Miamisburg, Ohio 45342
Phone: (937) 443-6854
Jessica.Salisbury-Copper@ThompsonHine.com

Kip Bollin (admitted *pro hac vice*)
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Phone: (216) 566-5500
Kip.Bollin@ThompsonHine.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Amanda Davis, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KeyBank N.A.; and KeyBank Trust d/b/a American Education Services LLC. d/b/a KeyCorp Student Loan Trust, <br><br> Defendants. | Case No.: 2:22-cv-01645-JAD-EJY <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO KEY'S MOTION TO STAY DISCOVERY** <br><br> **(First Request)** |

**STIPULATION**

Plaintiff Amanda Davis, Defendant American Education Services LLC ("**AES**") and Defendant KeyBank N.A. ("**Key**"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Defendants to file a Reply to Plaintiff's Response in Opposition to KeyBank N.A.'s Motion to Stay Discovery ("**Plaintiff's Opposition**") (ECF No. 41), which was filed on January 17, 2023.  Key filed its Motion to Stay Discovery (ECF No. 34) on January 3, 2023.  AES filed a Joinder to Key's Motion to Stay Discovery (ECF No. 38) on January 13, 2023.  The deadline to file Replies to Plaintiff's Opposition is presently January 24, 2023 (the "**Reply Deadline**").  Due to Key's counsel's availability and schedule, the Parties have stipulated to extend the Reply Deadline to January 31, 2023 (7 days).  No previous extensions have been sought or granted.

This is the first requested extension by Defendants.  Defendants seek this extension due to the recent departure of Mr. Stein from the law firm of Thompson Hine, and is not made for purposes of delay.  Defendants do not anticipate that any additional extension will be required.

DATED: January 20, 2023

| | |
|---|---|
| BENNETT TUELLER JOHNSON & DEERE | FREEDOM LAW FIRM |
| */s/ Jared Inouye* | */s/ George Haines* |
| Jared Inouye | George Haines, Esq. |
| Nevada Bar No. 9067 | Nevada Bar No. 9411 |
| 3165 East Millrock Drive, Suite 500 | 8985 S. Eastern Ave., Suite 350 |
| Salt Lake City, UT 84121 | Las Vegas, NV 89123 |
| *Attorneys for KeyBank National Association* | *Attorneys for Plaintiff Amanda Davis* |

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Patrick J. Reilly*
Patrick J. Reilly
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
*Attorneys for AES*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 20, 2023

2